UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:20-cv-3761(TNM) |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF PRISONS and UNITED STATES PAROLE COMMISSION,** | : : : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff, John Newman, by and through his counsel, Dan Hardway pursuant to Fed. R. of Civ. P. 56 and LCvR 7(b), and this Court's scheduling orders, hereby respond to Defendants' Motion for Summary Judgment and move this Court to grant Plaintiff's Cross-Motion for Summary Judgment pursuant to Fed. R. of Civ. P. 56 and LCvR 7(h).

Counsel for the Plaintiff respectfully submits and incorporates the accompanying Memorandum of Opposing Points and Authorities in Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment. Plaintiff has also filed herewith, and in support hereof, Plaintiff's Response to Defendants' Statement of Uncontested Material Facts as to which there is no Genuine Issue, Plaintiff's Statement of Uncontested Material Facts, the Declaration of John Newman and the Declaration of Dan L. Hardway with exhibits. A Proposed Order consistent with the Plaintiff's Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment is also submitted herewith. Plaintiff has also filed herewith an Alternative

Proposed Order that is also consistent with the Plaintiff's Response to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment.

                                        Respectfully submitted,

                                        /s/ Dan L. Hardway

                                        _____

                                        Dan L. Hardway #WV0001
                                        1114 Erbacon Rd
                                        Cowen, WV 26206
                                        Phone (304) 449-4722
                                        dan@hardwaylaw.com
                                        Counsel for Plaintiff

Dated:  20 November 2021