UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:20-cv-3761(TNM) |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF PRISONS and UNITED STATES PAROLE COMMISSION,** | : : : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF JOHN NEWMAN**

1. My name is John Newman. I am over the age of eighteen years. I am competent to testify in this matter. I am the Plaintiff in this case.

2. I am a retired Army officer presently employed as a political science professor at James Madison University in Harrisonburg, Virginia. I teach related classes and seminars on Cold War America and the presidency of John F. Kennedy at James Madison University. I also present educational materials on the Cold War and the Kennedy presidency at various seminars and colloquia, and publish results of my research in the form of books and articles. I have been involved in the scholarly academic research of the Cold War and the Kennedy presidency for the past 33 years. I continue to compile scholarly research on Cold War America and the presidency of John F. Kennedy for use in publications, the classes I teach, and for other educational purposes and distributional fora. As examples, in the past ten years I have taught classes on Counterterrorism, International Terrorism, and America in the 1960s. I have done presentations on subjects directly related to the Kennedy

administration to the faculty and staff of JMU, and at major conferences in Dallas, Texas, and online presentations sponsored by Project JFK and James Madison University.

3. I hold a Ph.D. in Modern Far Eastern History from George Washington University. I am a retired Major having held military assignments to the National Security Agency, including as military representative to General William Odom, Director of the National Security Agency. I have been employed as a college level professor for forty years at the University of Maryland Honors College and James Madison University. I have published six books and numerous articles on historical subjects including a concentration on the history of the United States during the Cold War with a specialization in the Kennedy Administration.

4. As a result of my recent research into the Kennedy administration, the case of a former Cuban exile, Manuel Antonio Carlos Veciana Blanche ("VECIANA"), has become of critical interest and importance to several questions that have arisen.

5. On 13 March 1974 VECIANA was sentenced to two concurrent seven-year terms, with an additional special parole of three years. VECIANA was incarcerated in the United States Penitentiary in Atlanta by the United States District Court for the Southern District of New York after a conviction on drug charges.

6. VECIANA was released on parole in mid-February 1976. VECIANA died 18 June 2020 and stated under oath that he was on parole at the time of his testimony before the United States House of Representatives Select Committee on Assassinations in May of 1978. Compl. Ex. 10, ECF No. 1-1 at p. 72.

7. I sought records related to VECIANA by filing FOIA requests directed to the Bureau of Prisons and the U.S. Parole Commission as described in the Complaint filed herein. Compl. ¶¶ 8, 18 and Exs. 1, 7; ECF Nos. 1 at pp. 3, 5 and 1-1 at pp.1, 49.

I make this declaration pursuant to the provisions of 28 U.S.C. § 1746, under penalty of perjury.

Executed this 20th day of November, 2021.

/s/ John Newman
_____
John Newman