**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN NEWMAN** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.  1:20-cv-3761(TNM)** |
| | : | |
| **v.** | : | |
| | : | |
| **FEDERAL BUREAU OF** | : | |
| **PRISONS and UNITED** | : | |
| **STATES PAROLE COMMISSION,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**DECLARATION OF DAN L. HARDWAY**</u>

1.  My name is Dan L. Hardway.  I make this Declaration to the best of my personal knowledge and based upon information resulting from research conducted in this case in my professional capacity. I represent the Plaintiff John Newman in this case.

2.  I am an attorney admitted to practice in the state of West Virginia, and before the Supreme Court of the United States, the United States Tax Court, the United States Court of Appeals for the District of Columbia Circuit, and the United States Court of Appeals for the Fourth Circuit, and United States District Courts in the District of Columbia and West Virginia.  I am an inactive member of the bars of the states of North Carolina, Florida and Indiana.

3.  On 5 January 2021, after the filing of the complaint in this case, USPC wrote to counsel for Newman reporting that a search had been conducted "for the following names in our records: Manuel Antonio, Manuel Carlos, Manuel Veciana and Manuel Blanche."  The letter also attached a printout of the search conducted in "our search engine for both our current system and our Legacy system."  The printout provided with the letter indicated

that only the four name variations reported in the letter were searched by USPC. A copy of the letter and printout are attached hereto as Exhibit G.

4.    The National Archives and Records Administration ("NARA") maintains a facility at Suitland, Maryland, known as the Washington National Records Center ("WNRC"). Services for the Public, NARA, available at https://www.archives.gov/suitland/public, (accessed 11/16/21) a copy of which is attached hereto as Ex. A. The WNRC is the first place to which retired agency records are transferred and most of the records held at the facility remain under the control of the transferring agency. *Id.*

5.    When a record is transferred by an agency to the WNRC, the transferring agency generates a Records Transmittal and Receipt, Standard Form 135 ("SF-135"), some of which have a box list attached. *Id.;* Thornton Decl. ¶ 20, ECF No. 17-4 at p. 5; Def. Ex. D, ECF No. 17-8.

6.    Before records transferred to WNRC are destroyed, WNRC sends the transferring agency a Notice of Eligibility for Disposal from NARA that notifies the transferring agency that the term of retention of the file is expiring under the relevant Records Disposition Authority ("RDA") and requesting whether the agency wants the files destroyed. Def. Ex. B, ECF No. 17-6 at p. 5; Thornton Decl. ¶ 31, ECF No. 17-4 at p. 7.

7.    WNRC maintains copies of the SF-135's organized by Record Group and year. Correspondence from [an NARA Representative]@nara.gov, 15 Nov. 2021, a copy of which is attached hereto as Ex. B.

8.    NARA holdings are organized into numbered Record Groups comprising the records of a major government entity, usually a bureau or an independent agency. *Id.*; National Archives       Records       Group       Explorer.       Available       at

https://www.archives.gov/findingaid/record-group-explorer?_ga=2.84589913.1377930744.1636994269-2058617894.1634822668, accessed 11/16/21, relevant portions of which are attached hereto as Ex. C.

9.  USPC has a separate unique Record Group number, RG 438. *Id.*

10.  SF-135's with any attached box list maintained by WNRC are available in hard copy files and are open to the general public for research and review when the facility is not closed due to Covid.  *See* Ex. A.  The actual records maintained other than the SF-135's remain under the control of the transferring agency and will not be made available to the public without a written request and authorization from the transferring agency.  *Id.*

11.  WNRC is currently closed to the public due to Covid restriction but remains open to government employees with business to conduct there.  *Id.* & Ex. B.

12.  Plaintiff's request to the USPC included request numbered "J" that provided: "If you claim that a record responsive to requests A to I above has been destroyed in whole or in part, please provide any and all records of that destruction, including but not limited to records indicating the date of destruction, a description of exactly what was destroyed, any cited authority for the destruction, and any identifying information regarding the person(s) who accomplished and recorded the destruction."  Compl. ¶ 18, ECF 2-1 at p. 6; Compl. Ex. No. 7, ECF 1-1 at p. 49.

13.  Defendant USPC has not searched the available Forms SF-135 at the WNRC in Records Group 438 to determine whether there exists a copy covering a transfer of Veciana's parole files to that facility by USPC.  Thornton Decl. ¶¶ 28, 29, 30 & 31, ECF No. 17-4 at p. 7.

14.   WNRC says that it can only search for files using the transfer number provided to the referring agency on the SF-135.  Thornton Decl. ¶ 29, ECF No. 17-4 at p. 7; & Ex. A attached hereto.

15.   In 1985 USPC filed a Request for Records Disposition Authority with NARA in Job No. N1-438-85-02.   NARA    RDA    Job    No.    N1-438-85-02    available    at    [1] https://www.archives.gov/files/records-mgmt/rcs/schedules/departments/department-of-justice/rg-0438/nc1-438-85-02_sf115.pdf, accessed 11/16/21, a copy of which is attached hereto as Ex. D.   This Request pertains to USPC machine readable files including a master file of parole decision histories. The master file, was a database which included "all individual paroling considerations." *Id.* Each record in the database contained approximately forty items including parole decisions. Each record in the database was identified by the parolee's register number. The RDA designated the master file a permanent record. *Id.*

16.   NCI-438-85-02 remained in effect until superseded in part by NI-438-00-001 which became effective in October of 2000 and reflects a change of name and a change in format from microfilm to "ASCII flat file." *Id.*; NARA RDA Job No. N1-438-00-001, available                    at                    https://www.archives.gov/files/records-mgmt/rcs/schedules/departments/department-of-justice/rg0438/n1-438-00-001_sf115.pdf, accessed 11/16/21, a copy of which is attached hereto as Exhibit E.  The name of the system was changed from "Parole Decision History" to "Decision Reporting and Monitoring System."   The new SAS system convertible to an ASCII flat file is a database that includes: "Bureau of Prisons registration number, offense, sentencing date, sentence length, parole decision parameters … and parole hearing results." *Id.* This

USPC database was designated a permanent record and USPC is required to transfer a copy to NARA every 5 years.  *Id.* This RDA remains in effect. Reference Control Schedules, RG-438, available at https://www.archives.gov/records-mgmt/rcs/schedules/index.html?dir=departments/department-of-justice/rg-0438, accessed 11/17/2021, a copy of which is attached hereto as Exhibit F.

I make this declaration pursuant to the provisions of 28 U.S.C. § 1746, under penalty of perjury.

Executed this 20th day of November 2021.

/s/ Dan L. Hardway

_____

Dan L Hardway

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOHN NEWMAN**                              **:**

                                                **:**

        **Plaintiff,**                        **:**        **Civil Action No.  1:20-cv-3761(TNM)**

                                                **:**

**v.**                                         **:**

                                                **:**

**FEDERAL BUREAU OF**                          **:**

**PRISONS and UNITED**                         **:**

**STATES PAROLE COMMISSION,**                  **:**

                                                **:**

        **Defendants.**                       **:**


DECLARATION OF DAN L HARDWAY

EXHIBIT A

1

 NATIONAL ARCHIVES

 ## Suitland closure

Due to the coronavirus public health emergency, the WNRC will be closed to the public, until further notice.

More information about the National Archives' response to coronavirus can be found at archives.gov/coronavirus

# Services for the Public

- Introduction
- Researching Federal agency records

## Introduction



The Washington National Records Center in Suitland, Maryland

The Washington National Records Center (WNRC) provides reference services for records of Federal agencies located in the District of Columbia, Maryland, Virginia, and West Virginia.

WNRC is the first stop for records after they are no longer actively used by the Federal agency of origin. WNRC also has records of Federal Courts located in the District of Columbia and serves the Armed Forces worldwide.

Agency records stay at the WNRC, where they are tracked through an automated database, until they are either destroyed through recycling or accepted by NARA as permanent records. Access to most records stored at the facility is controlled by the agency of origin, however court records are open to the public.

## Researching Federal agency records at the WNRC

The transferring agency, as the legal custodian, controls access to the records. A **written request and authorization must be obtained from the transferring agency before** the records can be used. The written request and authorization must reach the Reference Services Branch **at least one day before** the researcher's visit, and written authorization must include the following information:

- Transfer number

- Records center location
- Box number
- File designation of the requested records
- Written evidence of security clearance if the records are classified

**All researchers must present personal identification upon entering the WNRC.** Contact the Reference Services Branch * at (301) 778-1540 for further information.

The Transfer and Disposition Branch controls the inventory of the agency records stored at the WNRC. Researchers may use the unclassified Standard Forms (SF) 135, *Records Transmittal and Receipt* and box lists, if available. If photocopies of SFs 135 are required, WNRC staff will copy the documents for you at a cost of $.65 per page. You may pay by cash, check, money order, or credit card for the exact number of copies you need. Contact the Transfer and Disposition Branch * at (301) 778-1650 for further information.

Photocopies of Federal agency record may be purchased one of three ways (please note that these fees DO NOT apply to Court records at the WNRC):

1. $.65 per page using a self-service copier which is attached to a debit card machine. The copier accepts a debit card which you may purchase for a minimum of one dollar. The debit card machine accepts one, five, or ten dollar bills. Any unused monies on debit cards may be used on subsequent trips to any National Archives Research Room. Refunds cannot be given on debit cards.
2. $.65 per page by paying the research room attendant for each copy you produce. You may pay by cash, check, money order, or credit card for the exact number of copies.
3. WNRC staff will copy the documents for you at a cost of $17.00 per 15 minutes of labor. You may pay by cash, check, money order, or credit card for the exact number of copies.

* Please see our Privacy Statement

**The U.S. National Archives and Records Administration**
1-86-NARA-NARA or 1-866-272-6272

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.  1:20-cv-3761(TNM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FEDERAL BUREAU OF** | **:** | |
| **PRISONS and UNITED** | **:** | |
| **STATES PAROLE COMMISSION,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

DECLARATION OF DAN L HARDWAY

EXHIBIT B

1



**Dan Hardway <titus313@gmail.com>**

---

## Research question.
5 messages

---

**Dan Hardway** <dan@hardwaylaw.com>                                    Fri, Nov 12, 2021 at 11:34 AM
To:                    @nara.gov

Dear Ms.

I contacted the telephone number on the website for the WNRC for further information about doing research there and
the gentleman who answered the phone said I should address my question to you.

I realize that the WNRC is currently closed to the public due to Covid, but I hope to do some research there once the
Center reopens.  I am a member of the public and an attorney.

My question relates the the SF-135 Forms.  The website states: " Researchers may use the unclassified Standard
Forms (SF) 135, *Records Transmittal and Receipt* and box lists...."  My question is how are the SF 135's and box lists
organized and maintained and how are they searchable -- by agency? by name? by date, etc.

Thank you for your soonest response.

Dan

--
Dan L. Hardway
PO Box 625
Cowen, WV 26206
(304) 449-4722
fax: (304) 405-2141
dan@hardwaylaw.com
SAPERE AUDE

"Pardon me, hounded hope, for laughing now and again....
I apologize to big questions for small answers.
O Truth, do not pay me too much heed."

   --- Wislawa Szymborska

---

              <                    @nara.gov>                          Mon, Nov 15, 2021 at 11:14 AM
To: Dan Hardway <dan@hardwaylaw.com>

Good Morning Dan,

Currently our Research Room is closed.

My question is how are the SF 135's and box lists organized and maintained and how are they searchable -- by
agency? by name? by date, etc.

SF 135 are maintained by record group and year transfered to Record center. Some may contain box list.

Hardway Declaration                    Exhibit B                    Page 1
1:20-cv-3761(TNM)

[Quoted text hidden]

--

@nara.gov

---

**Dan Hardway** <dan@hardwaylaw.com>                                      Mon, Nov 15, 2021 at 11:34 AM
To:                  <                  @nara.gov>

Dear

Thank you for your response.  Please clarify what a "record group" is for me.  Are the records grouped by transferring
agency, for example.

Thank you for your time and consideration of my questions and your prompt response.

Dan

[Quoted text hidden]

---

                  <                  @nara.gov>                           Mon, Nov 15, 2021 at 11:42 AM
To: Dan Hardway <dan@hardwaylaw.com>

Please let me know if you access this website. This might be helpful.
https://www.archives.gov/findingaid/record-group-explorer?_ga=2.84589913.1377930744.1636994269-
2058617894.1634822668

[Quoted text hidden]

---

**Dan Hardway** <dan@hardwaylaw.com>                                      Mon, Nov 15, 2021 at 11:49 AM
To:                  <                  @nara.gov>

Very helpful.  Again, thank you.

Dan

[Quoted text hidden]

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN NEWMAN                                    :
                                               :
        Plaintiff,                          :     Civil Action No.  1:20-cv-3761(TNM)
                                               :
   v.                                      :
                                               :
FEDERAL BUREAU OF                              :
PRISONS and UNITED                             :
STATES PAROLE COMMISSION,                      :
                                               :
        Defendants.                         :


DECLARATION OF DAN L HARDWAY

EXHIBIT C

1

Top



# Record Group Explorer

Welcome to NARA's Record Group Explorer. Permanent federal records held by NARA are organized into numbered Record Groups comprising the records of a major government entity, usually a bureau or an independent agency.

This visualization presents NARA's Record Groups in descending order from the Record Group with the largest number of textual records to the smallest.

1.253%

As of October 2021, there are **144,720,174** scans online representing **1.253%** of the estimated total number of textual pages in NARA's holdings. (Learn more about these numbers)

Volume of Textual Records

% / # Textual Records Scanned

Additional Records Online

No Records Online

## Record Group Explorer Tools

Show number of scans online    Switch of list view ☰

Search Record Group Titles or Numbers    🔍

RG 21 District Courts of the United States

0.490%

RG 146 U.S. Civil Service
Commission

<0.001%

RG 24 Bureau of Naval Personnel

4.370%

RG 319 Army Staff

0.010%

RG 241 Patent & Trademark Office

RG 15 Department of Veterans
Affairs

3.340%

RG 438 U.S. Parole Commission

RG 539 Sentencing Commission

<0.001%

RG 532 U.S. Space Command

RG 376 RG number was cancelled,
see RG 489

RG 401 Materials Relating to Polar
Regions

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.  1:20-cv-3761(TNM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FEDERAL BUREAU OF** | **:** | |
| **PRISONS and UNITED** | **:** | |
| **STATES PAROLE COMMISSION,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

DECLARATION OF DAN L HARDWAY

EXHIBIT D

# NOTICE - SOME ITEMS SUPERSEDED OR OBSOLETE

Schedule Number: NC1-438-85-02

Some items in this schedule are either obsolete or have been superseded by new NARA approved records schedules. This information is accurate as of: **1/26/2021**

## ACTIVE ITEMS

These items, unless subsequently superseded, may be used by the agency to disposition records. It is the responsibility of the user to verify the items are still active.

ITEMS 2A, 2B, AND 2C PAROLE DECISION MAKING SYSTEM

## SUPERSEDED AND OBSOLETE ITEMS

The remaining items on this schedule may no longer be used to disposition records. They are superseded, obsolete, filing instructions, non-records, or were lined off and not approved at the time of scheduling. References to more recent schedules are provided below as a courtesy. Some items listed here may have been previously annotated on the schedule itself.

ITEMS 1A, 1B, 1C, AND 1D WERE SUPERSEDED BY N1-438-00-001

# NOTICE - SOME ITEMS SUPERSEDED OR OBSOLETE

| REQUEST FOR RECORDS DISPOSITION AUTHORITY | LEAVE BLANK |
| *(See Instructions on reverse)* | |

**REQUEST FOR RECORDS DISPOSITION AUTHORITY**
*(See Instructions on reverse)*

LEAVE BLANK

JOB NO
**NC1-438-85-2**

TO **GENERAL SERVICES ADMINISTRATION**
**NATIONAL ARCHIVES AND RECORDS SERVICE, WASHINGTON, DC 20408**

DATE RECEIVED
**7-18-85**

1 FROM *(Agency or establishment)*

U.S. Dept. Of Justice

2 MAJOR SUBDIVISION

U.S. Parole Commission

3 MINOR SUBDIVISION

Executive Office

NOTIFICATION TO AGENCY

In accordance with the provisions of 44 USC 3303a the disposal request, including amendments, is approved except for items that may be marked "disposition not approved" or "withdrawn" in column 10 If no records are proposed for disposal, the signature of the Archivist is not required

| 4 NAME OF PERSON WITH WHOM TO CONFER | 5 TELEPHONE EXT | DATE | ARCHIVIST OF THE UNITED STATES |
|---|---|---|---|
| Elizabeth Clark | 492-5974 | 11/13/86 | |

6 CERTIFICATE OF AGENCY REPRESENTATIVE

I hereby certify that I am authorized to act for this agency in matters pertaining to the disposal of the agency's records, that the records proposed for disposal in this Request of ___3___ page(s) are not now needed for the business of this agency or will not be needed after the retention periods specified, and that written concurrence from the General Accounting Office, if required under the provisions of Title 8 of the GAO Manual for Guidance of Federal Agencies, is attached

A GAO concurrence ☐ is attached, or ☒ is unnecessary

| B DATE | C SIGNATURE OF AGENCY REPRESENTATIVE | D TITLE |
|---|---|---|
| 1-16-85 | Robert M. Yahn | Chief, Records Management Section, GSS/JMD |

| 7 ITEM NO | 8 DESCRIPTION OF ITEM *(With Inclusive Dates or Retention Periods)* | 9 GRS OR SUPERSEDED JOB CITATION | 10 ACTION TAKEN *(NARS USE ONLY)* |
|---|---|---|---|
| | **Machine-Readable Files Of The U.S. Parole Commission (USPC)**<br><br>**Historical Background**<br><br>The United States Parole Commission is composed of nine Commissioners of whom one is designated Chairman.  The Commission:<br>(a) Has authority, under 18 U.S.C. 4201 et seq., to grant, modify, or revoke paroles of eligible U.S. prisoners serving sentences of more than 1 year, and is responsible for the supervision of parolees and prisoners mandatorily released prior to the expiration of their sentences, and for the determination of supervisory conditions and terms;<br>(b) Has responsibility in cases in which the committing court specifies that the Parole Commission shall determine the date of parole eligibility of the prisoner;<br>(c) Has responsibility for determining, in accordance with the Labor Management Reporting and Disclosure Act of 1959 (29 U.S.C. 504), whether the service as officials in the field of | | |

The changes in this proposed schedule have been approved by

| NARA Appraiser | date | Agency representative | date | 7 items |

Hardway Declaration
NN:20-cv-3761 (TNM)
Exhibit D

| REQUEST FOR RECORDS DISPOSITION AUTHORITY — CONTINUATION | | JOB NO. | PAGE 2 OF 3 |
|---|---|---|---|
| 7 ITEM NO | 8 DESCRIPTION OF ITEM *(With Inclusive Dates or Retention Periods)* | 9 GRS OR SUPERSEDED JOB CITATION | 10 ACTION TAKEN *(NARS USE ONLY)* |

organized labor or in labor oriented management positions of persons convicted of certain crimes is contrary to the purposes of that act; and
  (d) Has responsibility under the Employee Retirement Income Security Act of 1974, (29 USC 1111), for determining whether persons convicted of certain crimes may provide services to, or be employed by, employment benefit plans.  (Order No. 960-81, 46 FR 52349, Oct. 27, 1981)

1.    Parole Decision History

This system includes a data base consisting of all individual paroling considerations (including hearings, appeals, reopenings, and reviews on the record).  Each record contains approximately forty items, including sentence parameters (e.g., sentence length and type, parole decision parameters (e.g., offense severity and salient factor score), and the results of the paroling consideration.  Each record in the data base is identified by the Bureau of Prison's register number so that records can be matched with automated records maintained by the Bureau of Prisons.  The system includes a library of programs which provides a number of standard reports and a formatted listing of all records in the data base on microfiche.  Major system uses are (1) codefendent equity, (2) quality control, (3) workload analysis, (4) policy planning, (5) published reports and (6) research.

Disposition:
a) Master file: PERMANENT. Transfer one copy of original, unexpurgated version and one version with names and BoP number deleted in 1988 and again in 1993, or when Commission ceases to function, whichever comes first.

b) Master file - microfiche copy: PERMANENT. Transfer one copy of original, unexpurgated version ~~and one version with names and BoP number deleted~~ in 1988 and again in 1993, or when Commission ceases to function, whichever comes first. *B.B 3/15/86*

c) Documentation: PERMANENT.  Transfer along with related machine readable records.

d) All other related records, including reports, software, etc.: Destroy when no longer needed for administrative use.

**Four copies, including original to be submitted to the National Archives and Records Service.**

**STANDARD FORM 115-A** (REV. 12-83)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

| REQUEST FOR RECORDS DISPOSITION AUTHORITY — CONTINUATION | JOB NO. | PAGE 3 OF 3 |
|---|---|---|

| 7 ITEM NO | 8 DESCRIPTION OF ITEM (With Inclusive Dates or Retention Periods) | 9 GRS OR SUPERSEDED JOB CITATION | 10 ACTION TAKEN (NARS USE ONLY) |
|---|---|---|---|
| 2 | **Parole Decision Making System**<br><br>This system includes a research data base consisting of four samples of prisoners released from Federal custody (two in 1970, one in 1971 and one in 1978). Each record contains over 200 items concerning personal history and prior criminal record as well as data on criminal behavior during a specific period following release from Federal custody (from 2 to 6 years). The system also includes a library of program modules designed to assist in statistical and scientific analysis of the data. The principle use of the system is fo research on issues related to parole including the development and refinement of the USPC's actuarial device for evaluating parole risk called the salient factor score.<br><br>Disposition:<br>a) Master File: PERMANENT. Transfer one copy of original, unexpurgated version and one version with names, FBI NUMBER, and BoP number deleted in 1988.<br>b) Documentation: Transfer along with related machine readable records.<br><br>c) All other related records, including reports, software, etc.: Destroy when no longer needed for administrative use. | | |

*BwB 8/15/86*

Four copies, including original to be submitted to the National Archives and Records Service.

STANDARD FORM 115-A (REV 12-83)
Prescribed by GSA
FPMR (41 CFR) 101-11.4

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit D

Page 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOHN NEWMAN**                                  **:**
                                                 **:**
         **Plaintiff,**                          **:**        **Civil Action No.  1:20-cv-3761(TNM)**
                                                 **:**
    **v.**                                       **:**
                                                 **:**
**FEDERAL BUREAU OF**                            **:**
**PRISONS and UNITED**                           **:**
**STATES PAROLE COMMISSION,**                    **:**
                                                 **:**
         **Defendants.**                         **:**


DECLARATION OF DAN L HARDWAY

EXHIBIT E

1

## REQUEST FOR RECORDS DISPOSITION AUTHORITY

*(See Instructions on reverse)*

TO  NATIONAL ARCHIVES and RECORDS ADMINISTRATION (NIR)
WASHINGTON, DC 20408

| | |
|---|---|
| 1. FROM (Agency or establishment)<br>Department of Justice | **LEAVE BLANK (NARA use only)**<br>JOB NUMBER<br>N1-438-00-1<br>DATE RECEIVED<br>7.6.2000 |
| 2. MAJOR SUBDIVISION<br>U.S Parole Commission | NOTIFICATION TO AGENCY |
| 3. MINOR SUBDIVISION | In accordance with the provisions of 44 U.S.C 3303a the disposition request, including amendments, is approved except for items that may be marked "disposition not approved" or "withdrawn" in column 10 |

| 4. NAME OF PERSON WITH WHOM TO CONFER | 5 TELEPHONE | DATE | ARCHIVIST OF THE UNITED STATES |
|---|---|---|---|
| Judy Carter | 301-492-5974 | 10-27-00 | |

6. AGENCY CERTIFICATION
I hereby certify that I am authorized to act for this agency in matters pertaining to the disposition of its records and that the records proposed for disposal on the attached __1__ page(s) are not now needed for the business of this agency or will not be needed after the retention periods specified; and that written concurrence from the General Accounting Office, under the provisions of Title 8 of the GAO Manual for Guidance of Federal Agencies,

[XX]  is not required;   [ ]  is attached; or   [ ]  has been requested.

| DATE<br>06-28-00 | SIGNATURE OF AGENCY REPRESENTATIVE<br>Bernard W Berglind | TITLE<br>Records Officer |
|---|---|---|

| 7.<br>ITEM<br>NO. | 8. DESCRIPTION OF ITEM AND PROPOSED DISPOSITION | 9. GRS OR<br>SUPERSEDED<br>JOB CITATION | 10. ACTION<br>TAKEN (NARA<br>USE ONLY) |
|---|---|---|---|
| | <u>Decision Reporting and Monitoring (DRAM) System</u><br><br>(SEE ATTACHED) | | |

*nwme agency*

NSN 7540-00-634-4064
PREVIOUS EDITION NOT USABLE

STANDARD FORM 115 (REV. 3-91)
Prescribed by NARA
36 CFR 1228

**Decision Reporting and Monitoring (DRAM) System.**

DRAM performs two primary functions: 1) It maintains records of each parole hearing from 1972 to the present; and 2) it monitors the Commission's parole decisions to ensure compliance with pertinent regulations and guidelines. DRAM consists of records on each parole applicant arranged by Bureau of Prisons prisoner registration number and thereunder by date of action. Previously named the Parole Decision History (PDH) System (scheduled under NC1-438-85-2).

**1. Decision Reporting and Monitoring (DRAM) System.**

a.      **Master File**. SAS program. Convertible to ASCII flat file. Created and maintained by the U.S. Parole Commission (USPC). Database consists of records on each prisoner processed by the Commission. Records include information such as Bureau of Prison registration number, offense, sentencing date, sentence length, parole decision parameters (offense severity and salient factor score), and parole hearing results. The database's volume continues to increase as new prisoners are processed or actions are taken regarding current parolees.

   Disposition:      PERMANENT.

   Transfer a copy to NARA every 5 years in accordance with 36 CFR 1228.188.

b.      **Input data**. Data input copies of Prisoners' Parole Application, Summary of Prisoner Interview Results, and *Notices of Action*

   Disposition**:**      TEMPORARY. Destroy within 180 days after the information has been entered into the DRAM system and verified for accuracy.

c.      **Output Data**. Reports generated from DRAM data.

   Disposition:      See schedule for receiving offices.

d.      **System Documentation.**  System specifications, file specifications, codebooks, records layouts, and user handbook relating to data. The record layouts and codes must match the copy of data transferred. System documentation includes written statement by the United States Parole Commission providing explanation of processing and editing of DRAM data for use by NARA researchers.

   Disposition:      PERMANENT.  Transfer copy of documentation with first transfer of data to NARA.  Thereafter, transfer copy of updates and changes to the documentation with subsequent data transfers.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.  1:20-cv-3761(TNM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FEDERAL BUREAU OF** | **:** | |
| **PRISONS and UNITED** | **:** | |
| **STATES PAROLE COMMISSION,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

DECLARATION OF DAN L HARDWAY

EXHIBIT F

1

 NATIONAL ARCHIVES

# Records Control Schedules

These requests for disposition authority documents are agency requests to NARA submitted since 1973.  Older items may have subsequently been superseded by more recent submissions. Please see the FAQ for more information. Questions about active disposition authorities should be directed to the agency records officer.

NOTE: NARA's process for determining which records schedules in the RCS are currently valid is an ongoing work in progress. Records schedules will be marked inactive when all items on the schedule have been superseded. Before implementing disposition using these records schedules, always verify that you are using the most recent and current disposition authority (or item).

Full Text:

[                    ] Go

Job No:

[                    ] Go

RG: [    ]

[ Go ]

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit F

Page 1

1 of 4

11/19/2021, 5:33 PM

## Search Tips

## Tip 1: Use Phrases in Quotes

**Example:** "audit files"

Without quotation marks, any page containing the words "audit" **OR** "files" will appear in results.

When surrounded by quotation marks, the words are treated as a phrase and **only pages with the exact phrase "audit files" will appear in results.** This is the most powerful query refinement technique.

## Tip 2: Use a Plus (+) or Minus (−) Sign to Require or Reject Words

**Example:** audit files +system -withdrawn

You can require that the word "system" be in any documents in the results list by placing a plus (+) sign before it.

You can reject words with the minus (-) sign.

In the example, no documents with the word "withdrawn" will appear on the results page unless a search engine is programmed to make them appear above the regular results list.

## Tip 3: Combine Tips 1, 2

**Example:** audit files +"Internal Revenue Service" +system

By combining phrases with a plus (+) or minus (-) sign, and capitalizing where it's appropriate, you can increase the relevance of search results.

## Tip 4: Spell Out All Acronyms

**Example:** Internal Revenue Service (IRS)

Avoid using acronyms for instance: IRS for **Internal Revenue Service** can be mistaken for another acronym such as IRS-CI and effect search results.

## Tip 5: Searching by Job Number

Example: N1-016-00-001

NOTE: You MUST enter the job number in the correct format. Consult the SF 15 Numbering Key if necessary.

# RG 438: U.S. Parole Commission

📁 Go up one directory level    [ Export to Excel ]

| 📄 **Title** | 📄 **Number/Filename** ↓ |
| --- | --- |
| Decision Reporting and Monitoring (DRAM) System | N1-438-00-001 |
| Witness Protection (WITSEC) Program | N1-438-88-001 |
| District of Columbia Board of Parole Case Files | N1-438-98-001 |
| Regional Office Inmate Case Files    Inactive | NC-438-75-001 |
| Regional Files | NC1-438-79-01 |
| Litigation Case Files | NC1-438-85-01 |
| Parole Decision History; Parole Decision Making System | NC1-438-85-02 |

**The U.S. National Archives and Records Administration**
1-86-NARA-NARA or 1-866-272-6272

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOHN NEWMAN** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | **Civil Action No.  1:20-cv-3761(TNM)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **FEDERAL BUREAU OF** | **:** | |
| **PRISONS and UNITED** | **:** | |
| **STATES PAROLE COMMISSION,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |


DECLARATION OF DAN L HARDWAY

EXHIBIT G

1



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*90 K Street, N.E., 3rd Floor*
*Washington, D.C.  20530*
*Telephone:  (202)346-7000*
*Facsimile:  (202)357-1083*

January 5, 2021

Dan l. Hardway
Dan Hardway Law Office
P O Box 625
Cowen, WV 26206

**RE: Manuel Antonio Carlos Veciana Blanche**
**FOIA Tracking Number:** USPC-2021-000061

Dear Mr. Hardway

Be advised that we used all information provided to research the above-named to no avail.

We are unable to provide you with the information you requested.

We have searched once again for the following names in our records: Manuel Antonio, Manuel Carlos Manuel Veciana and Manuel Blanche. We are providing copies of our search engine for both our current system and our Legacy system.

Further, we are unable to locate any files under the Federal Register Number that was provided, 80071-158.

Feel free to resubmit another request with additional information should you find any other data that would assist in another search.

Sincerely,

A H Banks
Government Information Specialist

USPC 2.0

USPC 2.0 - abanks (Government Information Specialist)

Page 1 of 5

Change Role    Sign Out    Help

Search » Standard Search (Offender) » Results »

Matching Results: 236

◼ ▲ Page [1] of 3 ▼ ◼    Display [93] per page    ⟳ Refresh    Displaying 1 - 93 of 236

| Reg No ▲ | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Relea |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00038-069 | | | | MANUEL | VERA-RIOS | | | | | | | | | | | | | | | | |
| 00173-079 | | | | MANUEL | CANDANOZA | | | | | | | | | | | | | | | | |
| 00253-081 | | | | MANUEL | SNELLING | | | | | | | | | | | | | | | | |
| 00522-196 | | | | MANUEL | AVILA | | | | | | | | | | | | | | | | |
| 00528-050 | | | | MANUEL | VILLA | | | | | | | | | | | | | | | | |
| 00948-079 | | | | MANUEL | MUNGUIA | | | | | | | | | | | | | | | | |
| 01009-079 | | | | MANUEL | DEVANNE-C | | | | | | | | | | | | | | | | |
| 01073-089 | | | | MANUEL | MANRIQUE | | | | | | | | | | | | | | | | |
| 01101-017 | | | | MANUEL | FRAGA | | | | | | | | | | | | | | | | |
| 01106-017 | | | | MANUEL | RIVERO | | | | | | | | | | | | | | | | |
| 01223-196 | | | | MANUEL | ESQUER | | | | | | | | | | | | | | | | |
| 01331-196 | | | | MANUEL | CONTRERAS | | | | | | | | | | | | | | | | |
| 01421-018 | | | | MANUEL | CUADRADO | | | | | | | | | | | | | | | | |
| 01533-031 | | | | MANUEL | BECKER | | | | | | | | | | | | | | | | |
| 01558-190 | | | | MANUEL | GONZALES | | | | | | | | | | | | | | | | |
| 01578-027 | | | | MANUEL | BEJAR | | | | | | | | | | | | | | | | |
| 01586-089 | | | | MANUEL | PADILLA | | | | | | | | | | | | | | | | |
| 01706-079 | | | | MANUEL | ESPINOZA | | | | | | | | | | | | | | | | |
| 01730-089 | | | | MANUEL | GUERRA | | | | | | | | | | | | | | | | |
| 01788-052 | | | | MANUEL | SAMANIEGO | | | | | | | | | | | | | | | | |
| | | | | MANUEL | RAMOS | | | | | | | | | | | | | | | | |

https://jcap.justapps.doj.gov/oms/search.do

1/4/2021

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit G

Page 2

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.do

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity / Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Month Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01897-027 | | | | MANUEL | TRUJILLO | | | | | | | | | | | | | | | |
| 01976-051 | | | | MANUEL | MEDINA | | | | | | | | | | | | | | | |
| 02142-054 | | | | MANUEL | MEDINA | | | | | | | | | | | | | | | |
| 02228-051 | | | | MANUEL | FERNANDEZ | | | | | | | | | | | | | | | |
| 02290-079 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | |
| 02359-080 | | | | MANUEL | PALACIOS | | | | | | | | | | | | | | | |
| 02488-079 | | | | MANUEL | MALDONADO | | | | | | | | | | | | | | | |
| 02552-018 | | | | MANUEL | PENA | | | | | | | | | | | | | | | |
| 02578-079 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | |
| 02701-008 | | | | MANUEL | BORQUEZ | | | | | | | | | | | | | | | |
| 02820-070 | | | | MANUEL | BENEVIDES | | | | | | | | | | | | | | | |
| 03002-054 | | | | MANUEL | BUITRANGO | | | | | | | | | | | | | | | |
| 03197-039 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | |
| 03345-069 | | | | MANUEL | FLORES | | | | | | | | | | | | | | | |
| 03356-069 | | | | MANUEL | FIGUEROA | | | | | | | | | | | | | | | |
| 03457-078 | | | | MANUEL | TERAN | | | | | | | | | | | | | | | |
| 03487-007 | 281-663 | 484-417 | 944062JB8 | MANUEL | BERMUDEZ | M-Male | | 07/08/2021 | | | | | | | | | | | | |
| 03878-051 | | | | MANUEL | OTERO | | | | | | | | | | | | | | | |
| 03986-051 | | | | MANUEL | CASTILLO | | | | | | | | | | | | | | | |
| 04197-008 | | | | MANUEL | SABORI | | | | | | | | | | | | | | | |
| 04465-050 | | | | MANUEL | UZIEL | | | | | | | | | | | | | | | |
| 04776-004 | | | | MANUEL | MUNOZ | | | | | | | | | | | | | | | |
| 05047-004 | | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | |
| 05052-040 | | | | MANUEL | SAUCEDA | | | | | | | | | | | | | | | |

1/4/2021

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.do

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision Supa for Parole Release | Mont Supa for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05131-707 | | | | MANUEL | GUERRERO | | | | | | | | | | | | | | | | |
| 05137-156 | | | | MANUEL | LOPEZ | | | | | | | | | | | | | | | | |
| 05443-168 | | | | MANUEL | GONZALEZ | | | | | | | | | | | | | | | | |
| 05469-018 | | | | MANUEL | GONZALEZ | | | | | | | | | | | | | | | | |
| 05919-062 | | | | MANUEL | MARTINEZ | | | | | | | | | | | | | | | | |
| 06173-026 | | | | MANUEL | BARCIA | | | | | | | | | | | | | | | | |
| 06354-054 | | | | MANUEL | CARTAIR | | | | | | | | | | | | | | | | |
| 07592-050 | | | | MANUEL | MILL | | | | | | | | | | | | | | | | |
| 07604-018 | | | | MANUEL | SACO | | | | | | | | | | | | | | | | |
| 07694-018 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | | |
| 07729-004 | | | | MANUEL | BALBIN | | | | | | | | | | | | | | | | |
| 07806-054 | | | | MANUEL | GRANDA | | | | | | | | | | | | | | | | |
| 07848-008 | | | | MANUEL | MONTOY | | | | | | | | | | | | | | | | |
| 07939-017 | | | | MANUEL | SMYRNOIS | | | | | | | | | | | | | | | | |
| 08920-014 | | | | MANUEL | ROSARIO | | | | | | | | | | | | | | | | |
| 09189-004 | | | | MANUEL | REUVELTA | | | | | | | | | | | | | | | | |
| 09219-004 | | | | MANUEL | BECERRA | | | | | | | | | | | | | | | | |
| 09762-007 | 189-699 | | | MANUEL | MARTIN | | | | | | | | | | | | | | | | |
| 09773-158 | | | | MANUEL | MENENDEZ | | | | | | | | | | | 07/02/2023 | | | | | |
| 08812-007 | 204-906 | 388-433 | 145689/A3 | MANUEL | JONES | M-Male | | | 12/13/2018 | | | | | | | | | | | | |
| 09919-158 | | | | MANUEL | CABRERA | | | | | | | | | | | | | | | | |
| 10048-080 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 10134-158 | | | | MANUEL | GOMEZ | | | | | | | | | | | | | | | | |
| 10149-004 | | | | MANUEL | ALVAREZ | | | | | | | | | | | | | | | | |

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit G

Page 4

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.do

| Reg. No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Sup for P Relea |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10211-054 | | | | MANUEL | RIVERA | | | | | | | | | | | | | | | | |
| 10418-077 | | | | MANUEL | MARTINEZ | | | | | | | | | | | | | | | | |
| 10897-054 | | | | MANUEL | ACOSTA | | | | | | | | | | | | | | | | |
| 10737-004 | | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | | |
| 11224-004 | | | | MANUEL | VASQUEZ | | | | | | | | | | | | | | | | |
| 11374-054 | | | | MANUEL | GUZMAN | | | | | | | | | | | | | | | | |
| 11901-047 | | | | MANUEL | PABON | | | | | | | | | | | | | | | | |
| 12014-054 | | | | MANUEL | PEREZ | | | | | | | | | | | | | | | | |
| 12079-004 | | | | MANUEL | PACIN | | | | | | | | | | | | | | | | |
| 12236-018 | | | | MANUEL | MACIAS | | | | | | | | | | | | | | | | |
| 12270-077 | | | | MANUEL | GONZALES | | | | | | | | | | | | | | | | |
| 12359-004 | | | | MANUEL | MORENO | | | | | | | | | | | | | | | | |
| 13164-038 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | | |
| 13960-004 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 13970-004 | | | | MANUEL | PERDOMO | | | | | | | | | | | | | | | | |
| 13733-008 | | | | MANUEL | TERRASAS | | | | | | | | | | | | | | | | |
| 14101-004 | | | | MANUEL | BINKER | | | | | | | | | | | | | | | | |
| 14326-030 | | 946353FD5 | | MANUEL | DE JESUS RAMIREZ | M-Male | | | 11/09/2031 | | | | | | | | | | | | |
| 14930-004 | | | | MANUEL | ALAYON | | | | | | | | | | | | | | | | |
| 15129-004 | | | | MANUEL | GUTIERREZ | | | | | | | | | | | | | | | | |
| 15148-038 | | | | MANUEL | BOTELHO | | | | | | | | | | | | | | | | |
| 15261-004 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | | |
| 15528-004 | | | | MANUEL | LAFAURIE | | | | | | | | | | | | | | | | |
| 15613-004 | | | | MANUEL | SAMPEDRO | | | | | | | | | | | | | | | | |

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit G

Page 5

USPC 2.0

Page 5 of 5

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15744-004 | | | | MANUEL | PERDOMO | | | | | | | | | | | | | | | | |

https://jcap.justapps.doj.gov/oms/search.do

USPC 2.0

Change Role     Sign Out     Help

Search » Standard Search (Offender) » Results »

Matching Results: 236

◄◄ ◄ Page [2] of 3 ► ►►   Display [93] per page   ↻ Refresh   Displaying 94 - 186 of 236

| Reg No / No | DCDC PDID / No | FBI Number | First Name | Last Name | Sex | Ethnicity / Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15914-380 | | 295019VD5 | MANUEL | DIAZ RODRIGUEZ | M-Male | | 11/12/2018 | | | | | | | | | | | | |
| 16005-053 | | | MANUEL | LUGO | | | | | | | | | | | | | | | |
| 16285-004 | | | MANUEL | PEREIRA | | | | | | | | | | | | | | | |
| 16349-004 | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | |
| 17132-079 | | | MANUEL | LOPEZ | | | | | | | | | | | | | | | |
| 17659-054 | | | MANUEL | VASQUEZ | | | | | | | | | | | | | | | |
| 17669-035 | | 36349\1VD8 | MANUEL | ARELLANO | M-Male | | 11/17/2017 | | | | | | | | | | | | |
| 17718-054 | | | MANUEL | VASQUEZ | | | | | | | | | | | | | | | |
| 18579-004 | | | MANUEL | MOLERO | | | | | | | | | | | | | | | |
| 18817-148 | | | MANUEL | MORALES | | | | | | | | | | | | | | | |
| 19072-009 | | | MANUEL | FRY | | | | | | | | | | | | | | | |
| 19125-054 | | | MANUEL | PINALES | | | | | | | | | | | | | | | |
| 19160-044 | | | MANUEL | CRUZ | | | | | | | | | | | | | | | |
| 18395-004 | | | MANUEL | MONTEIRO | | | | | | | | | | | | | | | |
| 18446-054 | | | MANUEL | GASTON | | | | | | | | | | | | | | | |
| 19478-054 | | | MANUEL | DELAROSA | | | | | | | | | | | | | | | |
| 19639-054 | | 94605R4 | MANUEL | RIVERA | M-Male | | 10/28/2023 | | | | | | | | | | | | |
| 22279-148 | | | MANUEL | LAURELEZ | | | | | | | | | | | | | | | |
| 20639-080 | | | MANUEL | ACOSTA | | | | | | | | | | | | | | | |
| 20777-013 | | | MANUEL | ARAGON | | | | | | | | | | | | | | | |
| | | | MANUEL | VASQUEZ | | | | | | | | | | | | | | | |

Hardway Declaration
1:20-cv-3761(TNM)          Exhibit G          Page 7

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.paging.do

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity / Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Month Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20996-053 | | | | MANUEL | RAMOS | | | | | | | | | | | | | | | |
| 21089-079 | | | | | | | | | | | | | | | | | | | | |
| 22166-004 | | | | MANUEL | ESPANAL | | | | | | | | | | | | | | | |
| 22535-053 | | | | MANUEL | VIGOA | | | | | | | | | | | | | | | |
| 22713-048 | | | | MANUEL | BAKER | | | | | | | | | | | | | | | |
| 22753-053 | | | | MANUEL | ARCOS | | | | | | | | | | | | | | | |
| 23410-004 | | | | MANUEL | PALOMINO | | | | | | | | | | | | | | | |
| 23413-004 | | | | MANUEL | GUERRERO | | | | | | | | | | | | | | | |
| 23504-004 | | | 528418DA5 | MANUEL | LOPEZ-CASTRO | M-Male | | 05/15/2035 | | | | | | | | | | | | |
| 23834-004 | | | | MANUEL | LORENZO | | | | | | | | | | | | | | | |
| 23920-004 | | | | MANUEL | FOLGADO | | | | | | | | | | | | | | | |
| 24432-081 | | | 867160FD2 | MANUEL | ZAMARRIPA-FONTANEL | M-Male | | 04/01/2018 | | | | | | | | | | | | |
| 24899- | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | |
| 26272-080 | | | | MANUEL | PACHECO | | | | | | | | | | | | | | | |
| 26445-004 | | | | MANUEL | ORTA | | | | | | | | | | | | | | | |
| 26867-004 | | | | MANUEL | BLANDON | | | | | | | | | | | | | | | |
| 27504-080 | | | | MANUEL | SILIEZAR | | | | | | | | | | | | | | | |
| 27914-080 | | | | MANUEL | GALLEGOS | | | | | | | | | | | | | | | |
| 28518-079 | | | | MANUEL | GARZA | | | | | | | | | | | | | | | |
| 29700-066 | | | | MANUEL | TORRES | | | | | | | | | | | | | | | |
| 30614-408 | | | 13510VC2 | MANUEL | GONZALEZ JR | M-Male | | 04/08/2018 | | | | | | | | | | | | |
| 30747-120 | | | | MANUEL | GISPERT | | | | | | | | | | | | | | | |
| 31384-079 | | | | MANUEL | CERVANTES | | | | | | | | | | | | | | | |
| 31609-007 | 280-133 | 489-667 | 2015B4KB5 | MANUEL | BROWN | M-Male | | | | | | | | | | LIFE | | | | |

Exhibit G

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.paging.do

Page 3 of 5

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31881-120 | | | | MANUEL | OSPINA | | | | | | | | | | | | | | | | |
| 32332-060 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 32498-007 | | 296-615 | | MANUEL | PUENTE | | | | | | | | | | | | | | | | |
| 32704-060 | | | | MANUEL | GONZALES | | | | | | | | | | | | | | | | |
| 33184-080 | | | | MANUEL | ESCAMILLA | | | | | | | | | | | | | | | | |
| 33441-080 | | | | MANUEL | HEREDIA | | | | | | | | | | | | | | | | |
| 33782-004 | | | | MANUEL | MELO | | | | | | | | | | | | | | | | |
| 34115-180 | | | | MANUEL | CAMPA | | | | | | | | | | | | | | | | |
| 34930-004 | | | | MANUEL | CARDENAS | | | | | | | | | | | | | | | | |
| 35057-080 | | | | MANUEL | RAMIREZ | | | | | | | | | | | | | | | | |
| 35369-004 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 35896-133 | | | | MANUEL | ZURITA | | | | | | | | | | | | | | | | |
| 36173-053 | | | | MANUEL | PEGUERO | | | | | | | | | | | | | | | | |
| 36213-079 | | | | MANUEL | RIVAS | | | | | | | | | | | | | | | | |
| 36232-019 | | | | MANUEL | HORTELANO | | | | | | | | | | | | | | | | |
| 38464-136 | | | | MANUEL | MONTES | | | | | | | | | | | | | | | | |
| 37119-133 | | | | MANUEL | GIORDANO | | | | | | | | | | | | | | | | |
| 37202-079 | | | | MANUEL | CARLOS | | | | | | | | | | | | | | | | |
| 37623-079 | | | | MANUEL | GUERRERO | | | | | | | | | | | | | | | | |
| 38042-115 | | | | MANUEL | DAVILA | | | | | | | | | | | | | | | | |
| 38139-080 | | | | MANUEL | NAVARETTE | | | | | | | | | | | | | | | | |
| 38864-080 | | | | MANUEL | VARELA | | | | | | | | | | | | | | | | |
| 39632-079 | | | | MANUEL | JARAMILLO | | | | | | | | | | | | | | | | |
| 39653-079 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |

1/4/2021

USPC 2.0

https://jcap.justapps.doj.gov/oms/search.paging.do

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39922-079 | | | | MANUEL | SALDIVAR | | | | | | | | | | | | | | | | |
| 39922-004 | | | | MANUEL | RESTREPO | | | | | | | | | | | | | | | | |
| 40038-115 | | | | MANUEL | ALCORTA | | | | | | | | | | | | | | | | |
| 40289-007 | 299-078 | 524-393 | 908815ACO | MANUEL | JENKINS | M-Male | | | 11/13/2028 | | | | | | | | | | | | |
| 40469-115 | | | | MANUEL | CORTINAS | | | | | | | | | | | | | | | | |
| 40514-115 | | | | MANUEL | ALMAQUER | | | | | | | | | | | | | | | | |
| 41437-080 | | | | MANUEL | CARDENAS | | | | | | | | | | | | | | | | |
| 42355-004 | | | | MANUEL | FERNANDEZ | | | | | | | | | | | | | | | | |
| 42364-004 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | | |
| 44179-054 | | | | MANUEL | TORRES | | | | | | | | | | | | | | | | |
| 45503-080 | | | | MANUEL | CASTILLO | | | | | | | | | | | | | | | | |
| 46915-007 | | | | MANUEL | MENDOZA | | | | | | | | | | | | | | | | |
| 46938-007 | | | | MANUEL | LOPEZ | | | | | | | | | | | | | | | | |
| 48289-080 | | | | MANUEL | RONQUILLO | | | | | | | | | | | | | | | | |
| 48572-080 | | | | MANUEL | TOPETE | | | | | | | | | | | | | | | | |
| 48715-004 | | | | MANUEL | TELLECHEA | | | | | | | | | | | | | | | | |
| 48943-079 | | | | MANUEL | VASQUEZ | | | | | | | | | | | | | | | | |
| 50834-097 | | | | MANUEL | LUZ-LOZA | | | | | | | | | | | | | | | | |
| 54780-146 | | | | MANUEL | HERNANDEZ | | | | | | | | | | | | | | | | |
| 55069-146 | | | | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 55118-146 | | | | MANUEL | MALDONADO | | | | | | | | | | | | | | | | |
| 58874-180 | | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | | |
| 60113-180 | | | | MANUEL | PASILLAS | | | | | | | | | | | | | | | | |
| 60708-098 | | | | MANUEL | GARCIA | | | | | | | | | | | | | | | | |

1/4/2021

https://jcap.justapps.doj.gov/oms/search.paging.do

USPC 2.0

Page 5 of 5

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60928-061 | | | | MANUEL | GARZA | | | | | | | | | | | | | | | | |

USPC 2.0

Change Role    Sign Out    Help

Search  »  Standard Search (Offender)  »  Results  »

USPC 2.0 - abanks (Government Information Specialist)

Matching Results: 236

◄ ▲ Page 3 of 3 ▼ ▼  Display 93 per page  ⟳ Refresh  Displaying 187 - 236 of 236

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Role |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64392-079 | | | 57441TP1 | MANUEL | VALDEZ-ANGUIANO | M-Male | | | 10/06/2026 | | | | | | | | | | | | |
| 64571-007 | | | | Manuel | Vasquez | | | | | | | | | | | | | | | | |
| 69120-012 | | | | MANUEL | ALVARADO | | | | | | | | | | | | | | | | |
| 69309-098 | | | | MANUEL | TATE | | | | | | | | | | | | | | | | |
| 70418-012 | | | | MANUEL | EVANS | | | | | | | | | | | | | | | | |
| 72128-011 | | | | MANUEL | FERNANDEZ | | | | | | | | | | | | | | | | |
| 74112-011 | | | | MANUEL | MATEO | | | | | | | | | | | | | | | | |
| 74291-011 | | | | MANUEL | OROZCO | | | | | | | | | | | | | | | | |
| 74519-011 | | | | MANUEL | CHAVEZ | | | | | | | | | | | | | | | | |
| 74644-011 | | | | MANUEL | BALDAZO | | | | | | | | | | | | | | | | |
| 75888-012 | | | | MANUEL | CASTANON | | | | | | | | | | | | | | | | |
| 77747-011 | | | | MANUEL | DELIRIO | | | | | | | | | | | | | | | | |
| 78950-012 | | | | MANUEL | ANTOUNIAN | | | | | | | | | | | | | | | | |
| 80700-012 | | | | MANUEL | GARCIA | | | | | | | | | | | | | | | | |
| 80747-012 | | | | MANUEL | GONZALES | | | | | | | | | | | | | | | | |
| 81441-011 | | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | | |
| 81763-079 | | | | MANUEL | GARZA | | | | | | | | | | | | | | | | |
| 81857-011 | | | | MANUEL | CONTRERAS | | | | | | | | | | | | | | | | |
| 82912-007 | 720-652 | | 8HCFT09T1 | MANUEL | FERNANDEZ | M-Male | | | 12/31/2023 | | | | | | | | | | | | |
| 83344-022 | | | | MANUEL | JIMENEZ | | | | | | | | | | | | | | | | |
| | | | | MANUEL | FLORES | | | | | | | | | | | | | | | | |

USPC 2.0

https://icap.justapps.doj.gov/oms/search.paging.do

Page 2 of 3

| Reg No | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Of Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supe for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83704-012 | | | | | | | | | | | | | | | | | | | | | |
| 85615-012 | | | | MANUEL | CARLIN | | | | | | | | | | | | | | | | |
| 86242-012 | | | | MANUEL | ESPINOZA | | | | | | | | | | | | | | | | |
| 86944-012 | | | | MANUEL | TIRADO | | | | | | | | | | | | | | | | |
| 87869-058 | | | | MANUEL | PHILLIPS | | | | | | | | | | | | | | | | |
| 88933-132 | | | | MANUEL | MENDEZ | | | | | | | | | | | | | | | | |
| 88964-024 | | | | MANUEL | DELGADO | | | | | | | | | | | | | | | | |
| 90128-132 | | | | MANUEL | ESTRADA | | | | | | | | | | | | | | | | |
| 90573-000 | 204-168 | | | MANUEL | PUPO LEYVAS | M-Male | | | 10/24/2020 | | | | | | | | | | | | |
| 91027-024 | | | 462100X7 | MANUEL | RODRIGUEZ | | | | | | | | | | | | | | | | |
| 91054-024 | | | | MANUEL | CORRAL | | | | | | | | | | | | | | | | |
| 91543-024 | | | | MANUEL | HERRERA | | | | | | | | | | | | | | | | |
| 92040-024 | | | | MANUEL | BIRRIEL | | | | | | | | | | | | | | | | |
| 92122-058 | | | | MANUEL | COTA | | | | | | | | | | | | | | | | |
| 94311-024 | | | | MANUEL | DIAZ | M-Male | | | | | | | | | | | | | | | |
| 94831-007 | 385-873 | 735-532 | 83374 IRDS | MANUEL | SANTOS | | | | 08/02/2020 | | | | | | | | | | | | |
| 97293-098 | 212-136 | | | MANUEL | BATTAGLIA | | | | | | | | | | | | | | | | |
| | 205-442 | | | MANUEL | MILLER | | | | | | | | | | | | | | | | |
| | 205-842 | | | MANUEL | MACHADO | | | | | | | | | | | | | | | | |
| | 224-884 | | | MANUEL | MATHIS | | | | | | | | | | | | | | | | |
| | 228-734 | | | MANUEL | GARCIA | | | | | | | | | | | | | | | | |
| | 247-987 | | | MANUEL | ARANDA | | | | | | | | | | | | | | | | |
| | 237-980 | | | MANUEL | CASTRO | | | | | | | | | | | | | | | | |
| | | | | MANUEL | PIERCE | | | | | | | | | | | | | | | | |

https://jcap.justapps.doj.gov/oms/search.paging.do

USPC 2.0

Page 3 of 3

| Reg No ▼ | DCDC No | PDID | FBI Number | First Name | Last Name | Sex | Ethnicity | Mark as Confidential | Projected Release Date | Release Date Type | RMS Status | RMS Schedule Date | RMS Scheduled | Name On Hold | Point Of Contact | Termination Date | Release Date Description | Release Location | Effective Date | Years of Supervision for Parole Release | Mont Supp for P Rele |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 243-529 | | | MANUEL | SANCHEZ | | | | | | | | | | | | | | | | |
| | 250-610 | | | MANUEL | CRUZ | | | | | | | | | | | | | | | | |
| | 234-366 | | | MANUEL | CRUZ | | | | | | | | | | | | | | | | |
| | 258-111 | | | MANUEL | JIMENEZ | | | | | | | | | | | | | | | | |
| | 267-719 | | | MANUEL | AYALA | | | | | | | | | | | | | | | | |
| | 273-778 | | | MANUEL | TAYLOR | | | | | | | | | | | | | | | | |

Hardway Declaration
1:20-cv-3761(TNM)

Exhibit G

Page 14