# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:20-cv-3761(TNM) |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF PRISONS and UNITED STATES PAROLE COMMISSION,** | : : : | |
| | : | |
| Defendants. | : | |

# PLAINTIFF'S [PROPOSED] ORDER

Upon consideration of Plaintiff's Response to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that Defendants' Motion for Summary Judgment be and is hereby DENIED;

IT IS FURTHERE ORDERED that Plaintiff's Cross-Motion for Summary Judgment be and is hereby GRANTED.

SO ORDERED.

Date: _____      _____
United States District Judge

1