# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN NEWMAN** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:20-cv-3761(TNM) |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF PRISONS and UNITED STATES PAROLE COMMISSION,** | : : : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S [ALTERNATIVE PROPOSED] ORDER

Upon consideration of Plaintiff's Response to Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment and the entire record herein, it is hereby ORDERED that Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment and any further briefing on said motions, be held in abeyance until such time as COVID restrictions are lifted and the National Archives Records Administration's Washington National Records Center is reopened to public access;

IT IS FURTHERE ORDERED that Plaintiff and Defendants use the time pending until the reopening of the Archives Records Administration's Washington National Records Center to conduct discovery in this case.

IT IS FURTHER ORDERED that Plaintiff and Defendants shall file a Joint Status Report with this Court within 30 days setting an agreed briefing schedule on the pending Motion for Summary Judgment and Cross-Motion for Summary Judgment.

SO ORDERED.

Date: _____                    _____
                                          United States District Judge